# Court of Appeals
# of the State of Georgia

ATLANTA,    June 09, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0454, CARDER v. SCRUGGS.**

Upon review of the entire record in this case, it appearing that the trial court's order was not erroneous and that the other grounds for interlocutory appeal as set forth in Court of Appeals Rule 30 (a) are not present in this case, the appeal is hereby DISMISSED as having been improvidently granted.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*    06/09/2016
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*